

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea F. Durkee, on Behalf of Herself All Others Similarly Situated<br><br>Plaintiff,<br><br>V.<br><br>Bank of America, N.A.; Does 1-100, inclusive<br><br>Defendant. | Civil Action No.  20-cv-00347-DMS-LL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss Plaintiff's First Amended Complaint is granted with prejudice. The case is hereby closed.

Date:  8/5/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Olsen

J. Olsen, Deputy